# EXHIBIT 1

## RELEASE FROM LIABILITY

WHEREAS University of South Florida, Board of Trustees, has filed lawsuit No. 15-1549c in the United States Court of Federal Claims seeking damages for loss of licensing revenue from the United States of America due to infringement of any and all claims of U.S. Patent 5,898,094 by The Jackson Laboratory of Maine, USA by reason of sales of mice from strains: 005866, 008730, 005864, 004807, 004462, 006554, 003378, 034829, 034840, 041200, 034833, 042050, 034832, 037564, 037566, 037567, 037565, 037568, 038430, 011170, 011171, 034829, 037557, 037558, 037548, 037546, 037549, 037550, 037547 and 037552 (collectively, "the mice"):

AND WHEREAS the United States of America has assumed responsibility for any and all liability due to any infringement of any of the claims of U.S. Patent 5,898,094 arising due to sales of "the mice" by The Jackson Laboratory pursuant to the provisions of 28 USC §1498(a):

NOW THEREFOR, in consideration of the values of cost-savings, time savings and predictability of litigation, the University of South Florida, Board of Trustees does hereby release The Jackson Laboratory from any and all potential liability by reason of infringement of any claim of U.S. Patent 5,898,094 due to the offer of sale, sale, making, using or importation of any or all of "the mice", other than the liability assumed by the United States of America pursuant to the provisions of 28 USC §1498(a).

_/s/_____
Counsel for the University of
South Florida Board of Trustees